UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJEED ABDULLAH,

    Plaintiff,

vs                                               Case No: 09-14410
                                               Honorable Victoria A. Roberts

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

On Tuesday, September 28, 2010, the Court met with counsel for both parties, who expressed a desire to facilitate this case. Accordingly, the parties are required to complete the facilitation process by December 31, 2010. The parties are to notify the Court immediately upon settlement. If the case fails to settle, a conference call will be held on January 10, 2011 at 4:00 pm, to set dates for trial and other pretrial matters.

    **IT IS ORDERED.**

                                               s/Victoria A. Roberts
                                               Victoria A. Roberts
                                               United States District Judge

Dated: October 7, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 7, 2010.

s/Linda Vertriest
Deputy Clerk